UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARNOLDO MARTINEZ-TINOCO,<br><br>Defendant. | No.  1:15cr304 DAD<br><br><br><u>STIPULATION AND ORDER</u> |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. On September 7, 2016, Magistrate Judge McAuliffe set this matter for a change of plea before this Court on October 11, 2016, at 10 a.m.

2. The parties agree to advance the date for the change of plea to September 14, 2016, at 10 a.m.

////

////

////

////

////

////

1

IT IS SO STIPULATED.

DATED: September 9, 2016.   Respectfully submitted,

                                              PHILLIP A. TALBERT
                                              Acting United States Attorney

                                              /s/ Karen A. Escobar
                                              KAREN A. ESCOBAR
                                              Assistant United States Attorney

DATED: September 9, 2016.

                                              /s/ Peter Jones
                                              PETER JONES
                                              Counsel for Arnoldo Martinez-Tinoco

## O R D E R

Having reviewed the stipulation of the parties,

IT IS HEREBY ORDERED that the change of plea shall be advanced from October 11, 2016, to September 14, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **September 9, 2016**                                              /s/ Dale A. Drozd
                                                              UNITED STATES DISTRICT JUDGE