UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARNOLDO MARTINEZ-TINOCO,<br><br>Defendant. | Case No. 1:15-cr-00304-DAD-BAM-1<br><br><br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on January 4, 2017, to 10 months (TIME SERVED), the defendant shall be released FORTHWITH. A judgment and commitment order will follow.

IT IS SO ORDERED.

Dated: __**January 4, 2017**__     _____
                                                    UNITED STATES DISTRICT JUDGE